**DISMISS; and Opinion Filed November 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01248-CV

**JANEE HARRELL, Appellant**
**V.**
**CITIBANK (SOUTH DAKOTA), N.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-05242-2010**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Whitehill

The parties have filed a "Joint Motion to Dismiss Appeal" in which they aver that they have settled their dispute. After consideration, we grant the motion and dismiss the appeal as requested by the parties. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

141248F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JANEE HARRELL, Appellant

No. 05-14-01248-CV     V.

CITIBANK (SOUTH DAKOTA), N.A.,
Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-05242-2010.
Opinion delivered by Justice Whitehill.
Justices Lang and Evans participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal pursuant to the parties' agreement.

     Pursuant to the parties' agreement we **ORDER** that appellee CITIBANK (SOUTH DAKOTA), N.A. recover its costs of this appeal from appellant JANEE HARRELL.

Judgment entered this 30th day of November, 2015.